DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TYRONE C. JONES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D15-2305

[January 6, 2016]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Edward Harold Merrigan, Judge; L.T. Case Nos. 11-3685CF10A, 12-194CF10A, 12-1172CF10A, 12-8735CF10A, and 13-8842CF10A.

Tyrone C. Jones, Orlando, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Melynda L. Melear, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

In response to our order to show cause, the State concedes the need for remand. We reverse the order denying appellant's post-conviction motion and remand for the trial court to provide appellant an opportunity to file a sufficient amended motion if he can do so in good faith. *See* Fla. R. Crim. P. 3.850(f)(2).

*Reversed and remanded.*

STEVENSON, GROSS and TAYLOR, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***